FILED

DEC 0 7 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      MMF           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ALFRED STEVEN DIAZ,<br><br>                Defendant. | Case No.: 18-CR-4196-JAH<br><br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 3 - Accessory After the Fact (Class B Misdemeanor); |

The United States Attorney charges:

Count 1

On or about August 31, 2018, within the Southern District of California, defendant ALFRED STEVEN DIAZ, knowing that an offense against the United States had been committed, to wit, Improper Entry by an Alien, namely, Simon Diego Rosas-Espinoza, defendant did receive, relieve, comfort, and assist the offender, Simon Diego Rosas-Espinoza, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3, a misdemeanor.

DATED: December 7, 2018

                                        ADAM L. BRAVERMAN
                                        United States Attorney

                                        CARLOS ARGUELLO
                                        Assistant U.S. Attorney

CA:12/6/2018